**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GERSON DAVID GUZMAN LAZO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1006-J |
| | ) | |
| JOSHUA JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is Petitioner's Motion to Enforce [Doc. No. 17]. Respondents have filed a response [Doc. No. 19], and Petitioner has filed a reply [Doc. No. 20].

Petitioner Gerson David Guzman Lazo, a citizen of El Salvador, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On June 17, 2026, the Court granted the Petition in so far as it finds Respondents violated the Immigration and Nationality Act and ordered Respondents to provide Petitioner with a bond hearing. *See* [Doc. Nos. 14 and 15]. That bond hearing occurred on June 24, 2026. The Immigration Judge denied bond and issued an order that same day finding that Petitioner was a flight risk.

Petitioner asserts the proceeding conducted before the Immigration Judge was not the individualized bond hearing contemplated by this Court's order and now moves the Court to find Respondents have not complied with the Court's June 17, 2026 Order and Judgment and order his immediate release from custody under reasonable conditions the Court deems appropriate, or alternatively, order Respondents to provide Petitioner with a new constitutionally adequate custody redetermination hearing before a different immigration judge within seven days. Having reviewed the parties' submissions, the Court finds its Order was followed. The Court ordered

Respondents to provide Petitioner with a custody determination hearing, and they complied. The Court, therefore, DENIES Petitioner's Motion to Enforce [Doc. No. 17].

IT IS SO ORDERED this 9th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE